UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAMIEN GUARNIERE,

                Plaintiff,         **ORDER**

      -against-         **21-CV-1739 (VSB) (JW)**

CITY OF NEW YORK, *et al.*,

                Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    On June 30, 2022, this case was referred for General Pretrial. Dkt. No. 40. Prior to that, Defendants filed a letter motion to compel certain authorizations from Plaintiff. Dkt. No. 39. This letter motion is now before Judge Willis, and as such the Parties are directed to review Judge Willis's Individual Rules. As this case was recently referred, the following modification will be made to those Rules: Plaintiff's responsive letter is due on Friday, **July 8, 2022**.

SO ORDERED.

DATED:    New York, New York
              July 6, 2022

                                                        */s/ Jennifer E. Willis*
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge