UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAMIEN GUARNIERE,

                       Plaintiff,                       **ORDER**

               -against-                      **21-CV-1739 (VSB) (JW)**

CITY OF NEW YORK, *et al.*,

                       Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of letters filed by the Parties in connection with the pending motion to compel. Dkt. Nos. 43, 44. The Court orders Plaintiff to execute and return the HIPAA authorizations attached to Defendants' letter response by Friday, **July 15, 2022**. If Plaintiff does not do so, Plaintiff is instructed to file a letter with the Court explaining why such authorizations have not been completed.

      The Clerk of Court is respectfully requested to terminate the letter motion at Dkt. No. 39.

SO ORDERED.

DATED:    New York, New York
                 July 11, 2022

                                                      _____
                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge