UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAMIEN GUARNIERE,

                Plaintiff,                              **ORDER**

        -against-                                 **21-CV-1739 (VSB) (JW)**

CITY OF NEW YORK, *et al.*,

                Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On July 11, 2022, this Court ordered Plaintiff to either execute the HIPAA authorizations sought by Defendants, or file a letter with the Court explaining why such authorizations have not been completed.  Dkt. No. 45.  On July 25, 2022, Defendants filed a letter motion to compel production of the outstanding HIPAA authorizations.  Dkt. No. 46.  Plaintiff did not file a response.  Plaintiff is directed to file a letter response by **noon** on **August 5, 2022**.

      The fact discovery deadline is moved to **October 27, 2022**.  The expert discovery deadline is moved to **November 28, 2022**.

SO ORDERED.

DATED:    New York, New York
               August 3, 2022

                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge