UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAMIEN GUARNIERE,

                Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

                Defendants.
------------------------------------------------------------------X

**ORDER**

**21-CV-1739 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 25, 2022, Defendant filed a letter motion to compel production of certain outstanding HIPAA authorizations. Dkt. No. 46. On August 3, 2022, this Court ordered Plaintiff to respond to the motion by August 5, 2022. Dkt. No. 47. Plaintiff did not respond. In light of the lack of objection to Defendant's motion, the Court GRANTS Defendant's motion to compel.

SO ORDERED.

DATED:    New York, New York
              August 8, 2022

                                                      _____
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge