UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                           :

DAMIEN GUARNIERE,               :      21cv1739 (DLC)
                           :         (JW)
                  Plaintiff,  :

        -v-                :      ORDER
                           :

CITY OF NEW YORK, OMAR IBRAHIM, and  :
JOHN OR JANE DOE 1-10        :
                           :

                 Defendant.  :
                           :
---------------------------------------X

DENISE COTE, District Judge:

    This case has been reassigned to me for all purposes.  On June 30, 2022 the above captioned case was referred to Magistrate Judge Jennifer Willis for general pretrial purposes. Accordingly, it is hereby

    ORDERED that the general pretrial referral is vacated.

    SO ORDERED:

Dated:    New York, New York
         August 17, 2022

                                  _____
                                     DENISE COTE
                         United States District Judge