```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
DAMIEN GUARNIERE,                        :     21cv1739 (DLC)
                                         :
                            Plaintiff,   :        ORDER
            -v-                          :
                                         :
CITY OF NEW YORK, OMAR IBRAHIM, and      :
JOHN OR JANE DOE 1-10                    :
                                         :
                            Defendant.   :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

   This case has been reassigned to me for all purposes. It is hereby

   ORDERED that a telephone conference will be held on **August 29, 2022** at **2:30 p.m.** to discuss the status of the parties' discovery efforts. The parties shall use the following dial-in credentials for the conference.

            Dial-in:        888-363-4749
            Access Code:    4324948

The parties shall use a landline if one is available.

   SO ORDERED:

Dated:    New York, New York
          August 17, 2022

                                      _____
                                              DENISE COTE
                                      United States District Judge