```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    21cv1739 (DLC)
DAMIEN GUARNIERE,                        :
                                         :         ORDER
                             Plaintiff,  :
                                         :
              -v-                        :
                                         :
CITY OF NEW YORK, OMAR IBRAHIM, and      :
JOHN OR JANE DOE 1-10,                   :
                            Defendants.  :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 24, 2023, defendant Omar Ibrahim ("Officer Ibrahim") filed a letter requesting to file under seal his memorandum of law and related exhibits in conjunction with his opposition to co-defendant City of New York's motion for summary judgment. In his request, Officer Ibrahim noted that the information he seeks to seal was produced in discovery by defendant City of New York and marked "confidential".

A party's description of information as confidential or highly confidential will not, by itself, be sufficient to support the redaction or sealing of the information. "[A] presumption of public interest attaches" to judicial documents. Olson v. Major League Baseball, 29 F.4th 59, 89 (2d Cir. 2022). The First Amendment "requires a court to make specific, rigorous findings before sealing the document or otherwise denying public

access." Bernstein v. Bernstein Litowitz Berger & Grossmann LLP, 814 F.3d 132, 141 (2d Cir. 2016) (citation omitted). When making requests to redact or seal material, a party should include in a publicly filed letter any proposed findings that support the request. Accordingly, it is hereby

ORDERED that, by **March 3, 2023,** Officer Ibrahim shall re-submit his request to file under seal or redact certain paragraphs of his memorandum of law and related exhibits.

IT IS FURTHER ORDERED that the request shall be made in a manner that is compliant with the Southern District of New York ECF Rules and Instructions, section 6, and this Court's Individual Practices, section 8(B). The request shall also include proposed findings that support the request.

Dated:   New York, New York
         February 28, 2023

_____
DENISE COTE
United States District Judge