

HON. SYLVIA HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DANIEL M. BRAUN
*Senior Counsel*
Phone: (212) 356-2659
Fax: (212) 356-3558
Email: dbraun@law.nyc.gov

March 20, 2023

**BY ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

    Re: Damien Guarniere v. City of New York, et al.,
       21 Civ. 1739 (DLC)

Your Honor:

    I am a Senior Counsel in the New York City Law Department, attorney for defendant City of New York in the above-referenced action. I write pursuant to Your Honor's Individual Rule 1.E to respectfully request an adjournment of the trial currently set to begin as early as April 10, 2023 as well as the final pretrial conference currently scheduled for April 7, 2023. All parties consent. This is the first such request to adjourn the trial and pretrial conference.

    By Order dated March 1, 2023 (Dkt. 81), the Court scheduled a final pretrial conference for April 7, 2023 and further ordered that the case be placed on the April 10 trial ready calendar. This Order noted, moreover, that the parties be ready to proceed on 24 hours' notice. However, I will be away on these dates in observance of the Jewish holiday of Passover. Additionally, counsel for co-defendant Ibrahim will be out of the office during the week of April 3rd, and will therefore be similarly unavailable. For this reason, defendant City respectfully requests that the trial and corresponding final pretrial conference be adjourned.

    City defendant notes that the above-referenced Order additionally directed the parties to submit their Joint Pretrial Order by March 31st. Defendant City is not requesting an adjournment of this deadline. Upon information and belief, the instant request will not affect any other scheduled dates in this matter.

*The trial date of April 10 was set in a March 1 order. The trial will begin on April 17. The final pretrial conference will be held on April 14 at 10:00 a.m.*

*Denise Cote*
*3/20/23*

- 2 -

I thank the Court for its consideration herein.

>Respectfully submitted,
>
>/s/ *Daniel M. Braun*
>
>Daniel M. Braun
>Senior Counsel

cc: **By ECF**
Samuel DePaola, Esq.
*Attorney or plaintiff*

Douglas LaBarbera, Esq.
Mitchell Garber, Esq.
*Attorneys for defendant Ibrahim*