```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   21cv1739 (DLC)
DAMIEN GUARNIERE,                        :
                                         :         ORDER
                        Plaintiff,       :
                                         :
            -v-                          :
                                         :
CITY OF NEW YORK, OMAR IBRAHIM, and      :
JOHN OR JANE DOE 1-10,                   :
                        Defendants.      :
                                         :
---------------------------------------- X
```
DENISE COTE, District Judge:

Having received defendant City of New York's letter of March 29, 2023, it is hereby

ORDERED that defendants are relieved of the obligation to file the pretrial order jointly.

IT IS FURTHER ORDERED that plaintiff's **March 31, 2023,** deadline to file his portion of the joint pretrial order is firm.  Any failure to file timely may result in dismissal for failure to prosecute.

IT IS FURTHER ORDERED that defendants' request for an extension of time to file their portions of the pretrial order is granted.  Defendants shall file their portion of the joint pretrial order by **April 4, 2023.**

IT IS FURTHER ORDERED that oppositions to any motion <u>in limine</u> are due by **April 7, 2023.**

Dated:    New York, New York
         March 29, 2023

                              _____
                                    DENISE COTE
                              United States District Judge