```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :   21cv1739 (DLC)
DAMIEN GUARNIERE,                         :
                                          :        ORDER
                            Plaintiff,    :
                                          :
              -v-                         :
                                          :
CITY OF NEW YORK, OMAR IBRAHIM, and       :
JOHN OR JANE DOE 1-10,                    :
                           Defendants.    :
                                          :
----------------------------------------  X
```

DENISE COTE, District Judge:

By letter dated April 3, 2023, defendant City of New York moves to dismiss plaintiff's remaining claims for failure to prosecute under Fed. R. Civ. P. 41(b). Accordingly, it is hereby

ORDERED that by **April 6, 2023**, plaintiff shall file any opposition to the April 3 letter. Any opposition shall address why the case should not be dismissed for failure to prosecute, or, if permitted to proceed, why Ms. Foto Athansidisis should not be stricken from the plaintiff's witness list.

Dated:  New York, New York
        April 3, 2023

                                      _____
                                             DENISE COTE
                                      United States District Judge