UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAMIEN GUARNIERE,

                Plaintiff,

-against-

CITY OF NEW YORK, OMAR IBRAHIM, and JOHN OR JANE DOE 1-10

                Defendants.

Index No.: 21-CV-1739 (DLC)

**DEFENDANT CITY OF NEW YORK'S PROPOSED PRETRIAL ORDER**

---

### DEFENDANT CITY'S PROPOSED PRETRIAL ORDER

Defendant City of New York, per the Court's Order dated March 29, 2023 (Dkt. 92), hereby submits the following Proposed Joint Pretrial Order, pursuant to Rule 6.A of this Court's Individual Practices in Civil Cases.

        **I.     FULL CAPTION**

The full caption of this case is *Damien Guarniere v. City of New York, Omar Ibrahim, and John or Jane Doe 1-10*, Case No. 21-cv-1739.[1]

---

[1] Defendant City respectfully submits that "John or Jane Doe 1-10" defendants should be removed from the caption.

## II. TRIAL COUNSEL

|  | **For Defendant City of New York**<br><br>HON. SYLVIA O. HINDS RADIX<br> Corporation Counsel of the City of New York<br>100 Church Street<br>New York, NY  10007<br>By: Assistant Corporation Counsel Daniel Braun[2]<br><br>Phone: (212) 356-2659<br>Fax: (212) 356-3509<br>dbraun@law.nyc.gov |
|---|---|

## III. JURISDICTION

**City of New York's Statement**

Subject matter jurisdiction is not contested by defendant City.

## IV. SUMMARY OF CLAIMS AND DEFENSES TO BE TRIED

**Defendant City of New York's Statement**

Claims for Trial:

Pursuant to the Court's Opinion and Order dated March 10, 2023 (Dkt. 88), the plaintiff's only claims remaining to be tried are:

1. Excessive force under 42 U.S.C. section 1983
2. Assault and battery under New York law
3. Violation of Victims of Violent Crime Protection Act under New York City law

---

[2] Additional trial counsel may be added by the Office of the Corporation Counsel as the trial date approaches.

Defenses for Trial:

1. Defendant City of New York has not violated any rights, privileges, or immunities under the Constitution or laws of the United States or the State of New York or any political subdivision thereof, nor has defendant violated nay Act of Congress providing for the protection of civil rights.
2. To the extent that plaintiff alleges any claims against the City of New York arising under state law, such claims are barred by the doctrine of immunity of judgmental errors in the experience of governmental functions.
3. Plaintiff provoked or was at fault for the incident.
4. Plaintiff cannot obtain punitive damages against the City of New York.
5. Defendant City is not vicariously liable for defendant Ibrahim's actions on the date of incident.

## V.     TRIAL DAYS AND JURY

Defendant City estimates that trial will last 2-3 days. The case is to be tried to a jury.[3]

## VI.     TRIAL BY DISTRICT JUDGE

The parties do not consent to trial by a magistrate judge.

## VII.     STIPULATIONS

The parties have no stipulations or agreed statements of fact or law.

## VIII.     LIST OF TRIAL WITNESSES

Defendant City submits the following proposed list of witnesses who will testify at trial. Defendant City reserves the right to call any other parties' witness, either in their case in chief or as rebuttal witnesses. Defendant City reserves all rights to object to the testimony of any of these witnesses, including on relevance or other evidentiary grounds.

---

[3] Plaintiff apparently seeks to present more than two dozen witnesses for his case-in-chief. If he is permitted to do so, then the duration of the trial may be longer. Defendant City notes that it has separately filed motions *in limine* regarding preclusion of plaintiff's witnesses.

**Defendant City of New York's Witnesses**

Defendant City intends to call the following witnesses who will testify at trial:

| Witness Name | Manner of Appearance | Description of Testimony |
|---|---|---|
| Dr. Robert April[4] | In person. | Will testify about plaintiff's alleged injuries. |

## IX. DESIGNATION OF DEPOSITION TESTIMONY

Defendant City intends to use depositions as necessary for impeachment purposes and reserve the right to use in their case-in-chief the deposition of any witness who is unavailable pursuant to Fed. R. Civ. P. 32(4) and Fed. R. Evid. 804(b)(1).

## X. EXHIBITS

The lists below identify exhibits that Defendant City intends to introduce during its case-in-chief. These lists do not include documents to be used exclusively for impeachment or as demonstratives. Defendant City reserves the right to utilize and/or introduce any exhibit referred to by the other side, regardless of whether or not the other side introduces same.

**For Defendant City of New York[5]**

| EXHIBIT | DATE | DESCRIPTION | OBJECTION(S) |
|---|---|---|---|
|  |  |  |  |

---

[4] Defendant City has moved *in limine* to preclude the fact witness who plaintiff might seek to present as an expert, and may decline to call Dr. April in the event that plaintiff's witness is precluded.

[5] Defendant City does not currently intend to introduce any exhibits during its case-in-chief, particularly as plaintiff has failed to list any proposed trial exhibits. However, defendant City reserves the right to supplement its exhibit list if necessary.

Defendant City reserves the right to supplement the above exhibit list if necessary.

Dated: New York, New York
April 4, 2023

           Respectfully submitted,

           HON. SYLVIA O. HINDS-RADIX
           Corporation Counsel of the City of New York

           By:
           /s/ *Daniel Braun*
           Daniel M. Braun
           Senior Counsel

           Office of the Corporation Counsel
           100 Church Street
           New York, NY 10007
           (212) 356-2659
           *Attorney for Defendant City*

           SO ORDERED:

           _____
           Hon. Denise L. Cote, USDJ

cc: VIA ECF
Samuel C. DePaola
Ataur Raquib
Sim & DePaola LLP
42-40 Bell Boulevard, Ste. 405
Bayside, NY 11361
Phone: (718) 281-0400
Fax: (718) 631-2700
sdepaola@simdepaola.com
araquib@simdepaola.com
*Attorneys for Plaintiff*

Mitchell Garber
Douglas LaBarbera
Worth, Longworth, London LLP
111 John Street,
New York, NY 10038
Phone: (212) 964-8164
Fax: (718) 964-8164
mgarber@pbalawyers.com
dlabarbera@pbalawyers.com
*Attorneys for Defendant Ibrahim*