**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DAMIAN GUARNIERE,

                Plaintiff,
    -against-                                    21 **CIVIL** 1739 (DLC)

                                                      **JUDGMENT**

CITY OF NEW YORK, OMAR IBRAHIM, and
JOHN OR JANE DOE 1-10,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 7, 2023, Defendants' April 7, 2023 motions to dismiss pursuant to Rule 41(b) are granted; accordingly, the case is closed.

**Dated:** New York, New York

        May 9, 2023

                                                            **RUBY J. KRAJICK**

                                                             _____
                                                               **Clerk of Court**

                                                **BY:**      *K. Mango*

                                                             _____
                                                               **Deputy Clerk**